UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT J. HAMILTON, | No. 2:16-cv-0598 KJN P |
| Plaintiff, | |
| v. | ORDER |
| DEPARTMENT OF CORRECTIONS AND REHABILITATION MEDICAL, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding pro se. Plaintiff consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). On June 6, 2016, the court addressed plaintiff's prior request to voluntarily dismiss this action, cautioning plaintiff as to the various consequences of dismissing the instant action. (ECF No. 13.) Plaintiff was given the opportunity to proceed with this action by filing an amended complaint, or to request voluntary dismissal under Rule 41(a) of the Federal Rules of Civil Procedure. On June 20, 2016, plaintiff filed a request to dismiss this action, acknowledging the concerns expressed in the court's June 6, 2016 order. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

Dated: June 23, 2016

/hami0598.59

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1